# LOAN AGREEMENT

ACCOUNT NUMBER  TYPE
| 706270921 D |

BORROWER'S NAME/MAILING ADDRESS

WILLIAMS, MRS, KATHY K,      WILLIAMS, ALTON
PO BOX 705                   PO BOX 705
GOODWATER, AL, 350720705     GOODWATER, AL 35072

Lender's Name and Address:
**1ST FRANKLIN FINANCIAL CORPORATION**
1584 MILLSQUARE SHOPPING CENTER
ALEXANDER CITY, AL 35010

| DATE OF LOAN | FIRST PAYMENT DUE DATE | REMAINING PAYMENTS DUE SAME DAY EACH MONTH AS FIRST PAYMENT. IF NO SUCH DAY EXISTS, ON LAST DAY OF MONTH | FINAL PAYMENT DUE DATE | FIRST PAYMENT | OTHER PAYMENTS | AGE | PAYABLE IN |
|---|---|---|---|---|---|---|---|
| 04/13/01 | 05/13/01 | | 04/13/05 | 262.00 | 262.00 | 41 | 48 MONTHLY PAYMENTS |

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| $ 4956.70 | Amount Paid on Your Prior Account | |
| $ 1758.87 | Total Amount Paid To You or To You and Others at Your Request | |
| $ 49.50 | Public Officials — Filing Fees | |
| $ 7.50 | Ins. Company — Non-Filing Ins. | |
| $ 384.00 | Ins. Co.-Auto Insurance Coverage | $ 3750.00 |
| $ NONE | Ins. Co.-7 Day Disability Ins. - Mo. Benefit | $ NONE |
| $ NONE | Ins. Co.- Life Ins. Type & Cov. | $ NONE |
| $ NONE | Ins. Co. Personal Property Ins. Type & Cov. - SINGLE-INTEREST | $ |
| $ NONE | Ins. Co. Personal Property Ins. Type & Cov. - DUAL-INTEREST | $ NONE |
| $ 7156.57 | AMOUNT FINANCED | |
| $ 5299.43 | Interest | |
| $ 120.00 | Interest Surcharge | |
| $ 5419.43 | FINANCE CHARGE | $ 12576.00 TOTAL OF PAYMENTS |

AMOUNTS PAID TO OTHERS ON YOUR BEHALF

LIST OF CHECKS PAID TO YOU OR TO YOU AND OTHERS:

YOU & 1ST FRANKLIN FIN     $1758.87

30.00% Simple Interest Rate Per Annum
31.03% ANNUAL PERCENTAGE RATE

*You acknowledge that we may have a financial interest in the sale of insurance products by virtue of commission income that we may receive.

This Agreement covers your loan with 1st Franklin Financial Corporation. The words "you" and "your" refer to all of the people who sign below as Borrower. The words "we," "us" and "our" refer to 1st Franklin. If you have any questions about the provisions of this Agreement, please do not hesitate to ask.

## NOTE AND SECURITY AGREEMENT

**PROMISE TO PAY:** You agree to pay to us or to our order the Amount Financed shown above plus Finance Charge and other charges, all as provided in this Agreement. Finance Charge will include the Interest Surcharge as shown above and Interest computed at the Simple Interest Rate Per Annum shown above on actual unpaid balances of the Amount Financed plus Interest Surcharge for the actual time outstanding. Interest begins to accrue on the Date of Loan as shown above.

**PAYMENTS:** You agree to pay monthly payments in the amounts and on the dates shown above. Each payment will be applied in the following order to: (1) returned check charges and collection costs, (2) finance charge, and (3) the unpaid balance. Acceptance by us of a late payment does not excuse future late payments. Failure by us to collect any charge shall not be a waiver of our right to collect charges thereafter. If you pay ahead, you must still make each payment as scheduled.

**LATE PAYMENT:** If a payment is 10 days late, you may be charged $10 or 5% of the amount of the scheduled payment in default, whichever is greater, not to exceed $100. We will not collect a late charge more than once for the same monthly payment. Acceptance by us of a late payment or late charge does not excuse your late payment or mean that you may continue to make payments after they are due. You agree to pay any costs incurred by us in the collection of this Note in the event of your default, including attorney's fees of 15% of the unpaid balance in the event the account is referred to an attorney not a salaried employee of ours for collection and the Amount Financed of this Note exceeds $300.00. Please refer to the provisions set forth on the reverse side for additional terms and conditions in the event of default.

**PREPAYMENT:** You may prepay the whole or any part of this Note at any time without penalty. A partial prepayment shall not affect your obligation to continue to pay regular payments required hereunder until the entire indebtedness has been paid in full. If this loan is renewed or refinanced by us within 90 days from the date of loan, we will refund a portion of the interest surcharge on a daily pro rata basis, however, we will always retain up to $25 of the Interest Surcharge. You agree that any insurance written in connection with this loan must be cancelled as of the date you prepay your loan in full (by cash, a new loan, refinancing, or otherwise) and that the unearned portion of the premiums for this insurance will be applied to reduce the loan balance you owe to us. No refund of non-filing insurance will be given. Refer to the accompanying insurance certificates for complete information concerning cancellation.

**RETURNED CHECK CHARGE:** If you make a payment with any check, draft, negotiable order of withdrawal, or like instrument drawn on a bank or other depository institution and such instrument is dishonored by such institution, you further agree to pay us $20 (or such higher amount as permitted by Alabama law).

**SECURITY AND SECURITY INTEREST:** To secure the repayment of the Note contained in this Loan Agreement, you are granting to us a security interest in the following properties:

[X] The following described motor vehicle(s) with all equipment, parts and accessories:

| YR. | MAKE | MODEL | SERIAL NO. | INSURED THROUGH LENDER (Yes/No) |
|---|---|---|---|---|
| 1. 1991 | GEO | TRACKER | 2CNBJ18U9M6928224 | YES |
| 2. 1992 | FORD | RANGER | 1FTCR10U0NPA72939 | NO |
| 3. 1988 | CHEV | CORSICA | 1G1LT5114JE652013 | NO |

[X] The following Personal Property:

1996 SONY 27" COLOR TV
2000 SONY 31" COLOR TV
1998 SHARPE VCR
2000 YARD PRO RIDING LAWN MOWER
1995 TASCO WEEDEATER

Exhibit A

located on or about your residence at  WINN ST HOUSE 50, GOODWATER, AL 35072

**OWNERSHIP AND DUTIES TOWARD PROPERTY:** You represent that you own the property being given as security. You agree to keep the property in your possession and will not move it from the address shown. You agree to maintain it in good condition. The loss or destruction of this property from any cause, whether or not your fault, will not affect in any way your liability to repay this Note. You agree not to sell or otherwise dispose of the property without our prior consent, nor allow it to be used for any unlawful purpose. You agree to pay all taxes when due. If you fail to pay any taxes or liens against the property or fail to maintain insurance coverage which meets our requirements, we may, at our option, make advances to pay amounts due. Any advances will become a part of this Note amount and will be due and payable immediately.

(Note and Security Agreement continued on reverse side)

**SIGNATURES:** When you sign below, you are agreeing to all the terms and conditions of this Loan Agreement and acknowledge receipt of a copy. The Borrower who signs first also acknowledges receipt of a certificate of insurance for any insurance written in connection with this loan. Cosigner acknowledges receipt of two copies of the Federal Trade Commission Notice to Cosigner.

**ALTERNATIVE DISPUTE RESOLUTION AGREEMENT:** BORROWER AND LENDER DO AGREE TO AN ALTERNATIVE DISPUTE RESOLUTION FOR THE SETTLEMENT OF ANY CONTROVERSIES BETWEEN THEM. THE TERMS OF THE ALTERNATIVE DISPUTE RESOLUTION AGREEMENT ARE SET FORTH IN A SEPARATE AGREEMENT. THE PARTIES HEREBY ACKNOWLEDGE THAT THE AGREEMENT OF THE BORROWER TO ENTER INTO THE SEPARATE AGREEMENT IS A MATERIAL INDUCEMENT TO THE LENDER'S ENTERING INTO THIS AGREEMENT WITH THE BORROWER.

Executed on behalf of Lender by:

**CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT!**

**CONTINUATION OF NOTE AND SECURITY AGREEMENT**

*FILING FEE:* The $1.50 authorized portion of the fee for filing the certificate of title transfer or notation, shall be retained by us.

*NON-FILING INSURANCE:* If we do not record our security interest in the personal property or motor vehicle listed in the Security section, you agree that we may purchase and charge you for non-filing insurance.

*PERSONAL PROPERTY INSURANCE:* Personal property insurance coverage is required on the personal property insurance given as security if the original Amount Financed (less insurance charges) and the value of the security is $300 or more. You may obtain it from any company acceptable to us or you may provide it through an existing policy. If you chose for us to write property insurance through a company we represent, the premium and coverage amount for this insurance, if written, are shown in the Itemization of Amount Financed on the reverse side hereof. The term of the insurance will be for the term of the loan. If you chose for us to write single-interest coverage, the insurance will cover our interest in the security. It will not protect your interest. If you chose for us to write dual-interest coverage, the insurance will cover our interest and your interest in the security, subject to the limits of liability as contained in the policy. This coverage does not insure against liability for bodily injury or property damage to others. Refer to your certificate of insurance for complete details.

*AUTOMOBILE INSURANCE:* Insurance coverage is required on the automobile given as security (i) if the original Amount Financed (less insurance charges) and the value of the security is $300 or more, and (ii) if otherwise permitted by law and regulation. You may obtain it from any company acceptable to us or you may provide it through an existing policy. If you chose for us to write this insurance through a company we represent, we will write limited physical damage auto insurance. This insurance is a single-interest coverage, protecting our interest in the security. It will not protect your interest. The premium and coverage amounts for this insurance, if written, are shown in the Itemization of Amount Financed on the reverse side hereof. The term of the automobile insurance will be for the term of the loan unless the term of the loan is in excess of 12 months, in which case, the term of the insurance will be for 12 months. This coverage does not insure against liability for bodily injury or property damage to others. Refer to your Certificate of Insurance for complete details.

*CREDIT LIFE AND CREDIT DISABILITY INSURANCE:* Purchase of credit insurance other than personal property insurance and automobile insurance, if any, is not required as a condition of granting the credit. If you chose for us to write individual credit life insurance, we will write individual decreasing-term credit life insurance on the Borrower who signs first on the reverse side hereof. If you chose for us to write joint credit life insurance, we will write joint decreasing-term credit life insurance on the Borrower who signs first on the reverse side hereof and his or her spouse. If you chose for us to provide credit disability insurance, we will write 7-day credit disability insurance, covering only the Borrower who signs first on the reverse side hereof. Each Borrower who signs this Loan Agreement agrees that the insurance is part of the debt even though he may not be the one insured. Refer to your Certificate of Insurance for complete details.

*DEFAULT:* We can declare you in default without notice or demand of any kind. You will be in default if any one or more of the following occurs:
  (1) you fail to make a payment on this Note or any refinancing of this Note when it comes due;
  (2) you die or are declared incompetent;
  (3) you fail to keep any promise in this Agreement or any other Agreement with us;
  (4) we discover that any statement of fact on your application for loan appears to have been untrue at that time;
  (5) you fail to maintain any required personal property insurance and/or automobile insurance.

*REMEDIES AFTER DEFAULT:* If you default, we may:
  (1) accelerate the maturity of the Note, making the net amount you owe due and payable. This net amount will be the unpaid balance of your account at that time including interest due less refunds as set forth in the Prepayment Paragraph.
  (2) demand additional security or parties obligated to repay this Note;
  (3) exercise any rights to remedy given to us by the Uniform Commercial Code and other applicable state or federal law;
  (4) require you to make available to us the property given as security for this Note. You agree that we may take immediate possession of the security without your having a prior judicial hearing. You agree to assemble the property and make it available to us at a place convenient for us, or you agree that we may enter your property or any other property where the security or any part of it is located in order to take possession. We may then sell the property at public or private sale, with or without advertisement. We will mail a Notice of the Sale by regular mail at least 5 days before the date of sale to your last-known address. We may be a purchaser at the sale, and the proceeds will be distributed as required by the Uniform Commercial Code.

You agree that by our electing any one or more of the above remedies that we are not waiving our right to later elect any other remedy until this Note is paid in full. You also agree that our delay in enforcing any of these remedies does not cause us to lose any of these remedies.

*AUTHORIZATION TO COMMUNICATE WITH THIRD PERSONS:* You give us the right to make reasonable contacts with any person, firm, corporation or governmental agency in connection with making or collecting this loan. You agree that you will not later declare that we violated your privacy.

*NOTICE:* If you believe that information that we have provided to a consumer reporting agency is inaccurate, please notify us of the specific information which is inaccurate at: 1st Franklin Financial Corporation, Attention: Customer Service Center, 213 East Tugalo Street, Post Office Box 880, Toccoa, GA 30577.

FDC-STAR 5500 AL (10-99)