# ALTERNATIVE DISPUTE RESOLUTION AGREEMENT

> Please read this agreement carefully. It fundamentally affects your rights and the manner in which disputes will be resolved.

This Agreement sets forth a procedure for resolving disputes arising out of or relating to our relationship. The words "we" or "Lender," as used in this Agreement, refer to the undersigned Lender, 1st Franklin Financial Corporation, together with all of its directors, officers, employees, agents, parent corporations, subsidiary corporations, corporations affiliated with 1st Franklin by direct or indirect common ownership, any person or entity that may be held jointly and severally liable with Lender, and assignees of any of the foregoing. The words "you," "your," or "Borrower," as used in this Agreement, refer to the borrowers who have entered into this Agreement and those who have entered into the Loan Agreement, as Borrower or party consenting to Security Agreement, entered into on this same date ("Loan Agreement"), together with all of his, her, or their heirs, executors, successors, assigns, and any person who claims rights arising out of or relating to the relationship between us. "Us," and "our," as used in this Agreement, mean the Borrower(s) and Lender.

This Alternative Dispute Resolution Agreement is entered into as part of the Loan Agreement. The Borrower's execution of this Agreement is an inducement for the Lender to enter into the Loan Agreement.

(1) **Agreement to arbitrate.** You and we agree that any and all disputes, claims, or controversies of any kind and nature between us arising out of or relating to the relationship between us will be resolved through mandatory, binding arbitration. This agreement to arbitrate covers claims that (a) arise out of or relate to this Agreement or the Loan Agreement; (b) arise out of or relate to any past transactions or dealings between us; (c) arise out of or relate to any future transactions or dealings between us; and (d) disputes about whether any claims, controversies, or disputes between us are subject to arbitration. Because you and we have agreed to arbitration, both of us are waiving our rights to have disputes resolved in court by a judge or jury.

(2) **Examples of arbitrable claims.** Examples of disputes that are required to be arbitrated under this Agreement include, but are not limited to, the following claims: (a) an alleged breach of any contractual promise; (b) that any loan agreement is void or voidable based on alleged fraud, unconscionability, duress, illegality, or any other ground; (c) that any alternative dispute resolution agreement between us is void or voidable based on alleged fraud, unconscionability, duress, illegality, or any other ground; (d) that the parties never entered into a Loan Agreement or an Alternative Dispute Resolution Agreement; (e) regarding the scope or interpretation of any loan agreement or any alternative dispute resolution agreement; (f) tort claims; (g) alleged violations of federal or state statutes; (h) for injunctive or equitable relief, except as provided in paragraph 4; and (i) permissive and compulsory counterclaims to any claim subject to arbitration.

(3) **Small claims excluded from arbitration.** Neither you nor we are required to arbitrate under this Agreement where you or we seek an aggregate amount as to all claims of less than $15,000. If either of us initiates a proceeding in an amount less than $15,000 and any claim (including counterclaims, cross-claims, third-party claims or class-action allegations) is subsequently added to the case that causes the aggregate amount sought by you or us to exceed $15,000, all claims must be submitted to arbitration. Neither you nor we will be deemed to have waived our right to arbitrate by filing or litigating a claim of less than $15,000.

(4) **No arbitration required for certain remedies.** You agree that we do not have to initiate arbitration proceedings in order to exercise our rights of repossession or foreclosure, or to obtain injunctive relief in connection with our exercising those rights.

(5) **Arbitration to be conducted by the National Arbitration Forum or other nationally recognized arbitration company selected by the party seeking arbitration.** The party seeking arbitration may choose the arbitration company to conduct the arbitration; provided, however, such company must be an independent alternative dispute resolution company, and from among the nationally recognized companies conducting arbitrations. Upon the selection of the

(Continued on Reverse Side)

> Please read this agreement carefully before you sign it! It limits certain of your rights, including your right to seek remedies in court and have your claims decided by a judge or jury. If you do not understand this agreement, do not sign it and seek legal advice!

1st Franklin Financial Corporation

By: _____
Its Authorized Representative
(LENDER)

Date: 4/13/01

_____
BORROWER OR CO-OWNER

_____
BORROWER OR CO-OWNER

_____
BORROWER OR CO-OWNER

5000 4/00
All States except Louisiana

1st Franklin Financial

Exhibit B

company to conduct the arbitration, the initiating party shall cause a copy of such company's rules and procedures to be forwarded to the other party; and, such company's rules and procedures in effect at the time of the arbitration shall govern, except to the extent that this Agreement modifies those rules and procedures. In the absence of the initiating party's selecting a specific arbitration company, the arbitration will be conducted by the National Arbitration Forum under its rules and procedures in effect at the time of the arbitration, except to the extent that this Agreement modifies those rules and procedures. If you would like a copy of the National Arbitration Forum's rules, we will furnish you with one if you ask for it. If you lose your copy and want another one, we will furnish another copy if you request it. You can contact the National Arbitration Forum with questions, or to request information about filing a claim, at the following address:

> National Arbitration Forum
> P.O. Box 50191
> Minneapolis, MN 55045
> Phone: (800) 474-2371
> Fax: (651) 631-0802
> www.arb-forum.com

(6) **Costs of Arbitration.** If you initiate an arbitration proceeding, you will pay the first $125 for the filing fees (or such lesser amount as required to file a complaint in a court of general jurisdiction in the state where you reside). We will then pay any filing fees, administrative fees and document hearing fees necessary for you to initiate a claim for relief of up to the greater of (a) $15,000, (b) the "Total of Payments" as shown in your loan documents plus an additional 15%, or (c) twice the "Finance Charge" as shown in your loan documents plus an additional 15%. You will then be responsible for any fees in excess of the amount stated in the preceding sentence. We will not pay your attorney's fees or expert witness fees, unless the arbitrator awards those fees to you.

If we initiate arbitration, we will pay all filing fees, administrative fees and document hearing fees.

Notwithstanding these provisions regarding the payment of fees, the arbitrator may, as a part of the arbitration award, require that you or we pay all of the costs of arbitration in accordance with the terms of any substantive law governing the claims which are subject to arbitration.

The arbitrator is not permitted to assess attorney's fees or expert witness fees unless the applicable substantive law permits such an award. The arbitrator may assess other fees associated with the arbitration as provided by the arbitration company's rules, except those fees set forth above that will be paid by the Lender.

(7) **Location of arbitration.** You may choose either of two options for the location of the arbitration proceeding: (a) the county where you live at the time of the arbitration, if you live in a state where the Lender does business; or (b) the county where you executed the Loan Agreement that was entered into on the same date as this Agreement.

(8) **Law applicable to arbitration proceedings.** The arbitrator is required to follow substantive law applicable to the statute of limitations. The arbitrator will be bound by the Federal Rules of Evidence, and must respect any applicable attorney-client privilege, attorney work-product privilege, and any other applicable privilege. The arbitrator is required to issue a written decision setting forth the decision and the reasons for that decision. You and we agree that the arbitrator's decision will be final, binding, and enforceable in any court of competent jurisdiction.

(9) **Judicial review of arbitrator's decision.** You and we agree that the arbitrator's decision **CANNOT BE APPEALED**. The arbitrator's decision is subject to judicial review only on the grounds set forth in Title 9, Section 10 of the United States Code, as well as on the ground that the decision, findings, or rationale of the decision is manifestly inconsistent with the terms of this Agreement, any loan agreement, or the governing law.

(10) **No class actions or joinder of additional parties.** You agree that you cannot serve as a class representative or participate as a class member in an arbitration proceeding under this Agreement, that only your claims will be addressed in the arbitration proceeding, and that additional parties cannot be added to the arbitration proceeding unless you and we agree in writing before the arbitration. A dispute between us is required to be arbitrated even if there are additional parties to the dispute or even if you make allegations that your dispute should be handled as a class action. Because you have agreed to arbitrate any claims, you agree that you cannot participate as a class member in a litigation matter against us but must resolve any claims you have against us exclusively through arbitration.

(11) **Severability and reformation.** If it is ever determined that some portion of this Agreement is void, voidable, or unenforceable, or if the inclusion of some provision in this Agreement would render the Agreement unenforceable, you and we agree that the void, voidable, or unenforceable provision or the provision that renders the Agreement unenforceable will be severed from the remainder of the Agreement, leaving the remainder of the Agreement enforceable. You and we further agree that a court may reform any portion of this Agreement found to be void, voidable, or unenforceable, or the inclusion of which would render this Agreement unenforceable.

(12) **Replacement of existing arbitration agreements.** You and we agree that this Alternative Dispute Resolution Agreement supersedes and replaces any prior alternative dispute resolution agreement between us.

(13) **Federal Arbitration Act applies.** You and we agree that our relationship involves interstate commerce and is therefore subject to federal regulation, and that the Federal Arbitration Act, Title 9, Sections 1-16 of the United States Code, will govern this Agreement.