# FEDERAL DISCLOSURE STATEMENT

**LENDER'S NAME & ADDRESS:**
1ST FRANKLIN FINANCIAL CORPORATION
1584 MILL SQ SHOP CTR
ALEXANDER CITY, AL    35010

**ACCOUNT NO.**
70627092

**BORROWER'S NAME / MAILING ADDRESS:**

WILLIAMS, MRS, KATHY K,         WILLIAMS, ALTON
PO BOX 705                      PO BOX 705   GOODWATER, AL 35072
GOODWATER, AL                   35072-0705

DATE OF LOAN___04/13/01___

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 31.03 % | $ 5,419.43 | $ 7,156.57 | $ 12576.00 |

You have the right to receive at this time an Itemization of the Amount Financed. The Itemization is set forth in your contract documents.

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 262.00 | On 05/13/01 |
| 47 | $ 262.00 | On the same day of each month thereafter. If no such day exists, on the last day of the month. |

**INSURANCE:** Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign agreeing to pay the additional cost.

| TYPE | PREMIUM | SIGNATURE | |
|---|---|---|---|
| Individual Credit life | $ 273.25 | I want Individual credit life insurance | Signature_____ |
| Joint Credit life | $ 409.88 | We want Joint credit life insurance   Signature _____ | Signature _____ |
| Individual Credit life and disability | $ 1052.96 | I want Individual credit life and Individual disability insurance | Signature_____ |
| Joint Credit life and disability | $ 1189.79 | We want Joint credit life and I want Individual disability insurance    Signature (Life Only) | Signature_____ |

Personal Property insurance coverage is required on the personal property given as security if the original Amount Financed (less insurance charges) and the value of the security is $300 or more. You may obtain property insurance from any company who is acceptable to the Lender named above or you may provide it through an existing policy. If you get the insurance from the Lender named above, you may purchase either single-interest coverage or dual-interest coverage. Single-interest coverage will insure only the Lender's interest in the security. Dual-interest coverage will insure the Lender's interest and your interest in the security.

| TYPE | PREMIUM | TERM (Mos.) | SIGNATURE |
|---|---|---|---|
| Single-interest Credit Property Insurance | 352.10 | 048 | I want Single-interest Credit Property Insurance.   Signature _____ |
| Dual-interest Credit Property Insurance | 526.00 | 048 | I want Dual-interest Credit Property Insurance.   Signature _____ |

Insurance coverage is required on the automobile given as security (i) if the original Amount Financed (less insurance charges) and the value of the security is $300 or more, and (ii) if otherwise permitted by law and regulation. You may obtain automobile insurance from any company who is acceptable to the Lender named above or you may provide it through an existing policy. If you get the insurance from the Lender named above, you will pay $___384.00___ for automobile insurance for an insurance term of __12__ months, wherein the insurer waives all right of subrogation. The automobile insurance offered by the insured Lender is single-interest coverage and will insure only the Lender's interest in the security.

FILING FEE $__49.50__          NON-FILING INSURANCE $ __7.50__

**SECURITY:** You are giving a security interest in:
[X] your personal property       [ ] other described as _____
[X] your motor vehicle
Collateral securing other loans with us may also secure this loan.

**LATE CHARGE:** If a payment is 10 days late, you may be charged $10 or 5% of the amount of the scheduled payment in default, whichever is greater, not to exceed $100.

**PREPAYMENT:** If you pay off early, you may be entitled to a refund of part of the Finance Charge, and you will not have to pay a penalty.

**ADDITIONAL INFORMATION:** See your Note for any additional information about nonpayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties.

I have received a copy of this Federal Disclosure Statement

_Kathy K Williams_          _4/13/01_          _Alton Williams_          _4/13/01_
       Borrower                Date                  Borrower                 Date

AL. Misc. Form No. 22 (10-99)

ORIGINAL

Exhibit C