

# NOTICE

## I UNDERSTAND THAT I DO NOT HAVE TO BUY

____ (Borrower's initials)    ____ (Borrower's initials)

## CREDIT LIFE INSURANCE OR CREDIT DISABILITY INSURANCE* TO GET A LOAN AT 1st FRANKLIN

*I ALSO UNDERSTAND THAT THE LENDER MAY RECEIVE COMPENSATION FOR THE SALE OF CREDIT INSURANCE.



**VOYAGER LIFE INSURANCE COMPANY**
P. O. Box 901045, Fort Worth, TX 76101-2045

## IMPORTANT NOTICE ABOUT THE POLICY OF INSURANCE FOR WHICH YOU HAVE APPLIED

### THIS DOCUMENT AFFECTS YOUR LEGAL RIGHTS

### READ THE FOLLOWING INFORMATION CAREFULLY:

1. The Policy/Certificate for which you have applied includes a binding arbitration agreement.
2. The arbitration agreement requires that any disagreement related to this Policy/Certificate must be resolved by arbitration and not a court of law.
3. The results of the arbitration are final and binding on you and the insurance company.
4. In an arbitration, an arbitrator, who is an independent, neutral party, gives a decision after hearing the positions of the parties.
5. When you accept this insurance Policy/Certificate you agree to resolve any disagreement related to the Policy/Certificate by binding arbitration instead of a trial in court including a trial by jury.
6. Arbitration takes the place of resolving disputes by a judge and jury and the decision of the arbitrator cannot be reviewed in court by a judge and jury.

### ACKNOWLEDGMENT OF ARBITRATION AGREEMENT

I have read this statement. I understand that I am voluntarily surrendering my right to have any disagreement between the insurance company and myself resolved in court. This means I am waiving my right to a trial by jury.

I understand that upon receipt of the Policy/Certificate I should read the arbitration clause contained in the Policy/Certificate and that I have the right to reject this Policy/Certificate within three (3) days of the date of the delivery if I do not want to accept the requirement for arbitration.

I understand that this same type of insurance may be available through an insurance company that does not require that Policy/Certificate related disagreements be resolved by binding arbitration.

_____    _____    _____
Applicant/Insured Signature          Date        Time

_____    _____    _____
Applicant/Insured Signature          Date        Time

_____    _____    _____
Agent Signature                     Date        Time

Instructions: 1. Give each borrower/applicant time to read this form. 2. This should be signed during the application process, but must be signed before the loan is closed. 3. A new Notice like this must be signed by the borrower/applicant for each loan. 4. Original is for the Primary Borrower. Place a copy in the customer file immediately following the Federal Disclosure Statement. 5. Retain as required for Federal Disclosure Statements.

5007AL 10/99                                                                                                    Exhibit D