IN THE DISTRICT COURT OF COOSA COUNTY, ALABAMA

**FILED**
JUN 1 8 2004

J. A. WOOD
CLERK OF DIS. & CIR. COURTS

1st Franklin Financial Corp.,

   Plaintiff,

v.

                              Case No. DV-2002-14

Alton J. Williams,

   Defendant.

## MOTION TO CONDEMN FUNDS

COMES NOW the Plaintiff and requests this Court, pursuant to Act 92-681, to condemn any funds presently held in the clerk's office in the above case and remit these funds to the Plaintiff in the above case, and to further condemn and remit any monies paid into the clerk's office in the future.

Signed and dated this June 3, 2004.

                                     _____
                                     Richard C. Dean, Jr. (DEA010)

OF COUNSEL:
415 S. McDonough St.
Post Office Box 1028
Montgomery, AL 36101-1028
(334) 264-2896
AB

## ORDER

The foregoing Motion having been presented to the Court, and the same having been considered, it is hereby:

ORDERED, ADJUDGED AND DECREED that the funds presently held in the possession of the Clerk be condemned and said funds remitted to the Plaintiff, and that any future funds paid into the Clerk's office in the above case are to be condemned and remitted to the Plaintiff without the necessity of filing an additional motion to condemn.

DONE this the __18th__ day of ___June___, 2004.

                                     _____
                                     DISTRICT COURT JUDGE

CC: Richard C. Dean, Jr. Esq.

    Madix, Inc. Highway 9
    c/o Walter S. Dowdle
    Goodwater,, AL 35072

Exhibit A