## AFFIDAVIT OF PAMELA S. RICKMAN

My name is Pamela S. Rickman. I am an adult resident citizen of Stephens County, Georgia, and I am employed by 1st Franklin Financial Corporation as its VP of Audit & Compliance. The things that I state in this Affidavit are true and correct and are based upon my personal knowledge, information and belief.

1. I have been employed by 1st Franklin for 34 years. I have worked in many different positions with 1st Franklin and I am familiar with all facets of its business operations.

2. 1st Franklin is in the business of making consumer loans to individuals in the states of Georgia, South Carolina, Alabama, Mississippi, and Louisiana. 1st Franklin's home office is in Toccoa, Georgia, and its principal place of business is in Toccoa, Georgia. 1st Franklin has 216 branches in these several states, 33 of which are in the state of Alabama. 1st Franklin offers small consumer loans, real estate secured loans, and financing of retail purchases to consumers in these several states. These loans range in amount from a few hundred dollars through several thousand dollars.

3. During the period of time when Mr. and Mrs. Williams entered into their loan agreements, 1st Franklin personnel would enter the consumer's information on its computer system. That system accessed databases in Iowa via telephone communications. The local office also contacted, via computer and telecommunications media, one or more of three Credit Reporting Agencies with which 1st Franklin contracts: Equifax (Atlanta, Georgia), Experian (Allen, Texas), and Transunion

Exhibit F

(Chicago, Illinois). These three Credit Reporting Agencies have offices in many states, including the states in which 1st Franklin does business.

4. Consumers in Alabama include Alabama residents as well as residents in adjoining states (especially where our offices are located near state lines). Some of our customers, therefore, cross state lines to enter into loan transactions with 1st Franklin.

5. As noted above, consumers use funds provided by 1st Franklin loans for various purposes, including: debt consolidation and purchasing of all manner of household consumer goods (which very frequently cross state lines during the production, distribution, sale and/or use thereof).

6. 1st Franklin's loans frequently are secured by automobiles (which obviously cross state lines both in the production and sale of the automobiles as well as in the course of the ordinary use of the automobile); computers (which frequently are used by our consumers to access the internet and to otherwise engage in interstate commerce); stereos, cameras, and numerous other goods and wares.

7. In addition to the foregoing, 1st Franklin obtains its funds to lend to consumers from (1) investments handled primarily by employees in Toccoa, Georgia, who invest, manage, purchase, and sell stocks, bonds, and other securities in Georgia and on the major U.S. Stock Exchanges; (2) investors (primarily individuals, but corporate investors as well) who purchase securities directly from 1st Franklin Financial Corporation. 1st Franklin's investors live in several states, including, Georgia, South Carolina and Florida; and (3) from a credit line with SouthTrust Bank, located in Atlanta, Georgia.

8. During the period of time when the Williams' loan was made, many of the loan forms that 1st Franklin used in its branch operations are printed in Missouri and shipped to the various branches, and the remaining forms are printed in Toccoa, Georgia using supplies purchased from several different states.

9. The rate charts that 1st Franklin branch offices use daily are created and printed in Indiana and shipped to the local offices, including the Alabama branches.

10. Additionally, at the time of the Williams' loan, the majority of the office equipment used in 1st Franklin's branch offices (computers, printers, copiers, office supplies, etc.) were purchased from suppliers in Iowa and other states, and these items were used in connection with every loan made by the branch offices–including the Alexander City Branch Office.

11. During this time, at least monthly, statements, reminders, miscellaneous correspondence and solicitations to customers were generated by computers systems in Iowa (based on information obtained from the branches in the five states), and were mailed from Iowa to 1st Franklin's customers.

12. 1st Franklin also offers credit insurance to its customers. The branches enter data regarding the products on the computer system, which is then transmitted to Iowa. Reports are then generated from the Iowa center and mailed or shipped to Toccoa, Georgia. From these reports, the Home Office in Toccoa remits premiums and refunds to the insurance company in Chicago, Illinois.

13. 1st Franklin also services the loans after making the initial loan. Servicing includes processing transactions (i.e., payments, inquiries, collection notes and

communications) by entering information on the computer system (which, at the time of the Williams' loan was linked to a service bureau in Iowa). Any required reporting to the IRS or state authorities was thereafter handled by the service bureau in Iowa based on information obtained from the various states.

14. It is clear from the foregoing paragraphs that each and every loan made by 1st Franklin materially and substantially affects interstate commerce, before, during and after the loan is made.

15. From reviewing the 1st Franklin file and other materials regarding Kathy Williams and Alton Williams, I have determined that Mr. and Mrs. Williams defaulted on the consumer loan they negotiated. While we cannot specifically identify the exact source of the funds loaned to Mr .and Mrs. Williams, we can and have determined that the funds provided to her were routed through our home office in Toccoa, Georgia. Moreover, their default has affected the company's profitability, and in fact, the several interstate communications described above did in fact occur with respect to Mr. and Mrs. Williams' loan and default thereon.

Further deponent saith not.

_Pamela S. Rickman_
PAMELA S. RICKMAN

STATE OF GEORGIA
COUNTY OF STEPHENS

    Personally appeared before me, the undersigned Notary Public in and for the State and County aforesaid, the within named **PAMELA S. RICKMAN**, who, after first being duly sworn, and having read and fully understanding the foregoing Affidavit, states under oath that the facts and matters stated therein are true to the best of her knowledge, information and belief.

    SWORN TO AND SUBSCRIBED BEFORE me this 5th day of August, 2005.

(SEAL) _____Amanda B. Ayers_____
              Notary Public

My Commission Expires: 5/14/08

311-02\Affidavit-PRick.3.wpd