IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

1st FRANKLIN FINANCIAL      )
CORPORATION,                )
                            )
        Plaintiff,          )
                            )
v.                          )   Case No. 2:05cv772-B
                            )
KATHY K. and ALTON J. WILLIAMS, )
                            )
        Defendants.         )

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff 1st Franklin Financial Corporation files this Corporate Disclosure Statement. Plaintiff 1st Franklin Financial Corporation is a family-owned corporation that is not publicly traded and has no parent company, and no subsidiaries or affiliates that are publicly traded.

_____
CHARLES E. VERCELLI, JR. (VER003)

OF COUNSEL:
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL: 334-834-8805
FAX: 334-834-8807

311-02\corp-discl-statement.1.wpd