IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| 1st FRANKLIN FINANCIAL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:05-cv-772 |
| ) | |
| KATHY K. and ALTON J. WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Plaintiff 1st Franklin Financial Corporation and Defendants Alton J. Williams and Kathy Williams file this Stipulation of Dismissal on the basis that this case has been settled between the parties, and by agreement is to be dismissed with prejudice, each party to bear its own costs. Defendants have not appeared or answered, but have, with assistance of counsel noted below, settled Plaintiff's claims against them. Therefore, this case is due to be dismissed.

Respectfully submitted via e-filing this the 3rd day of March, 2006.

/s/ C.E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (ASB-6085-V82C)

**OF COUNSEL for PLAINTIFF:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:   (334) 834-8805
FAX:   (334) 834-8807
cvercelli@vercelli-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been served upon:

Jerry O. Lorant, Attorney for Defendants
401 Office Park Drive
Birmingham, AL 35223
   (205) 871-7551

by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on this the 3rd day of March, 2006.

          /s/ C.E. Vercelli, Jr.
          OF COUNSEL

395-03\Stip of Dism.2.wpd