**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

March 6, 2006

# NOTICE OF REASSIGNMENT

Re:   1st Franklin Financial Corporation v. Kathy K. Williams, et al.
      Civil Action No. #2:05-cv-00772-DRB

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #2:05-cv-00772-WKW. This new case number should be used on all future correspondence and pleadings in this action.