IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| 1st FRANKLIN FINANCIAL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KATHY K. and ALTON J. WILLIAMS, )<br>)<br>Defendants. ) | CASE NO. 2:05-CV-00772-WKW (WO) |

## **ORDER**

The parties filed a Stipulation of Dismissal (Doc. # 5) that the instant case is due to be dismissed with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED with prejudice.

An appropriate judgment will be entered.

Done this the 9th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE