IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| 1st FRANKLIN FINANCIAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:05-CV-00772-WKW (WO) |
| KATHY K. and ALTON J. WILLIAMS, | ) ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Judgment is entered in favor of the defendants and against the plaintiff.

2. Each party is to bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 9th day of March, 2006.

                          /s/  W. Keith Watkins
                          UNITED STATES DISTRICT JUDGE