IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| 1st FRANKLIN FINANCIAL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-00772-WKW (WO) |
| ) | |
| KATHY K. and ALTON J. WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion to Vacate or Set Aside Final Judgment (Doc. # 9), it is ORDERED that the motion is GRANTED. The Final Judgment (Doc. # 8) is VACATED.

An appropriate judgment will be entered.

Done this the 6th day of April, 2006.

        /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE