IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| 1st FRANKLIN FINANCIAL CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:05-CV-00772-<br>) WKW (WO) |
| KATHY K. and ALTON J. WILLIAMS, | )<br>) |
| Defendants. | ) |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED that all claims are hereby dismissed with prejudice. Each party is to bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 6th day of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE