IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | |
|---|---|
| 1st FRANKLIN FINANCIAL CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:05-CV-00772-WKW (WO) ) |
| KATHY K. and ALTON J. WILLIAMS, | ) ) ) |
| Defendants. | ) |

## DEFENDANT'S RESPONSE TO RULE 60(b) MOTION TO VACATE OR SET ASIDE FINAL JUDGMENT

Defendant, Kathy K. and Alton J. Williams, agrees with 1st Franklin Financial Corporation's Motion to Set Aside Final Judgment dated March 9, 2006. Defendant further requests this Honorable Court enter an order in all respects consistent with the requests of the moving party 1st Franklin Financial Corporation in this cause.

Respectfully submitted this the 29th day of March, 2006.

/s/ Jerry O. Lorant
JERRY O. LORANT, ASB-8235-N60J
Of Counsel for Defendant Kathy K. and
Alton J. Williams

OF COUNSEL:
401 Office Park Drive
Birmingham, AL 35223
Phone: (205) 871-7551
Fax:: (205) 871-8882
E-mail: charlie@lorantlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been mailed on this the 29th day of March, 2006, and served upon:

Charles E. Vercelli, Jr., Esq.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

by placing a copy of the same in the United States mail, properly addressed and postage prepaid, on the 29th day of March, 2006.

_/s/ Jerry O'Bryant_
OF COUNSEL